UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE HENTZ, CENTRAL LABORERS PENSION FUND, CENTRAL LABORERS WELFARE FUND and CENTRAL LABORERS ANNUITY FUND,<br><br>    Defendants. | Case No. 11-cv-618-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Nationwide Insurance Company and against defendants Jeanne Hentz, Central Laborers Pension Fund, Central Laborers Welfare Fund and Central Laborers Annuity Fund; and

    IT IS FURTHER DECLARED that

Homeowner's insurance policy numbered HOA 0028898726-0 issued by plaintiff Nationwide Insurance Company to defendant Jeanne Hentz does not afford coverage to the defendant Jeanne Hentz for theft of a CD-ROM from her automobile alleged to have occurred on October 31, 2010, which forms the basis of *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh Judicial Circuit, Morgan County, Illinois;

Plaintiff Nationwide Insurance Company owes no duty to defend defendant Jeanne Hentz against any of the allegations in the complaint in *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh

Judicial Circuit, Morgan County, Illinois; and

Plaintiff Nationwide Insurance Company owes no duty to indemnify defendant Jeanne Hentz for any judgment entered against her in *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh Judicial Circuit, Morgan County, Illinois, or for any agreement entered into in settlement of that case.

**DATED: March 6, 2012**             **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                **By:s/Deborah Agans, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**